United States District Court
Southern District of Texas
**ENTERED**
August 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-00231 |
| | § | |
| 29.36 ACRES OF LAND, MORE OR | § | |
| LESS, *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY FOR THE INITIAL PRETRIAL AND SCHEDULING CONFERENCE

Now before the Court is the Unopposed Motion to allow counsel for Defendants to participate telephonically in the Initial Pretrial and Scheduling Conference currently scheduled for September 5, 2019.  (Dkt. No. 19).  The Court hereby **ORDERS** that the Motion is **DENIED** as the Court does not generally conduct hearings telephonically and this request presents nothing exceptional.  However, the parties are advised that the Initial Conference may be canceled and a Rule 16 Scheduling Order issued pursuant to the parties' Joint Discovery/Case Management Plan if the parties are in agreement and no motions or other matters need to be addressed at the Initial Conference.  In such case, the parties should request cancelation of the Initial Conference by motion.

SO ORDERED this 30th day of August, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge