United States District Court
Southern District of Texas
**ENTERED**
March 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-231 |
| | § | |
| 29.36 ACRES OF LAND, MORE OR | § | |
| LESS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING BRIEFING SCHEDULE

Before the Court is the United States' Opposed Motion to Determine Just Compensation (Dkt. No. 24). The government asks the Court to issue briefing deadlines as to the issue of just compensation so the Court can issue an Order determining just compensation pursuant to Federal Rule of Civil Procedure 71.1(h)(1) without the need for an evidentiary hearing. Having considered the Motion and the lack of filed opposition, the Court **GRANTS** the request for submission of briefs on the issue of just compensation.

The parties are **ORDERED** to submit briefs on the issue of just compensation no later than April 22, 2021.

SO ORDERED this 25th day of March, 2021, at McAllen, Texas.

Randy Crane
United States District Judge