Case 7:19-cv-00231   Document 30   Filed on 09/24/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-00231 |
| | § | |
| 29.36 ACRES OF LAND, MORE OR LESS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

After considering the parties' briefs on just compensation, the record, and relevant authorities, the Court finds that **$100.00** is the just compensation due for the temporary (12-month) easement acquired by the United States identified as Tract RGV-RGC-2035. (Dkt. Nos. 2, 23).

Accordingly, pursuant to the Findings on Issue of Just Compensation (Dkt. No. 28), it is hereby **ORDERED** and **ADJUDGED** that:

A. The full and just compensation payable by the United States for the taking of RGV-RGC-2035 shall be the sum of one hundred and 00/100 dollars ($100.00), plus any accrued interest, which sum is all inclusive and in full satisfaction of any claims of whatsoever nature by John F. J. Guerra, Defendant. against the United States for the institution and prosecution of the above-captioned action.

B. Final judgment is now entered against the United States in the amount of one hundred and 00/100 dollars ($100.00), plus accrued interest, for the taking of Tract RGV-RGC-2035.

C. Possession of Tract RGV-RGC-2035 was surrendered to the United States on September 17, 2019. (Dkt. No. 23).

D. The total sum of one hundred and 00/100 dollars ($100.00) remains on deposit in the Court's Registry and the Court now **ORDERS** the Clerk of Court to **DISBURSE** the following sum, along with any accrued interest earned thereon while on deposit, payable as follows:

- $100.00, with any accrued interest, payable to Defendant's attorneys "Condit Csajaghy LLC, 695 South Colorado Blvd., Suite 270, Denver, CO 80246."

E. Defendant warrants he was the owner of the interest in the property taken in this proceeding on the respective date of taking.

F. The Parties shall be responsible for their own legal fees, costs, and expenses, including attorneys' fees, consultants' fees, and any other expenses or costs.

G. The Parties shall take no appeal from any rulings or judgment made by the Court in this action.

H. This order is binding on the heirs, trustees, executors, administrators, devisees, successors, assigns, agents, and representatives of Defendant.

**IT IS HEREBY ORDERED** that this case shall be **CLOSED** on the Court's docket.

SO ORDERED this 24th day of September, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge